| | |
|---|---|
| 1 | Mark E. Smith |
| 2 | SMITH McKENZIE ROTHWELL |
|   |   & BARLOW, P.S. |
| 3 | 500 Union Street, Suite 700 |
|   | Seattle, WA 98101 |
| 4 | (206) 244-9900 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

BOARD OF TRUSTEES OF THE I.B.E.W. LOCAL 191 HEALTH AND WELFARE JOINT TRUST FUNDS,

    Plaintiffs,

v.

E-Z ELECTRIC, INC.,

    Defendant.

NO. C03-2666 FDB

ORDER OF DISMISSAL

In accordance with plaintiffs' motion, and the Court finding that the judgment in this case has been paid in full; it is hereby

ORDERED that plaintiffs' claims against defendant E-Z Electric, Inc. should be and the same hereby are dismissed without prejudice.

DATED this 30th day of March 2006.

ORDER OF DISMISSAL - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 069 hc280907 3/30/06

**FRANKLIN    D.    BURGESS**
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mark E. Smith*_____
Mark E. Smith, WSBA #30924
SMITH McKENZIE ROTHWELL
 & BARLOW, P.S.
Attorneys for Plaintiff Trusts

ORDER OF DISMISSAL - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 069 hc280907 3/30/06